OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**





02 1R
0002003152          FEB 09 2015
MAILED FROM ZIP WR-12,375-23

$ 00.26⁵
PITNEY BOWES

2/5/2015
FEIST, HERBERT HERMAN    Tr. Ct. No. 39295-O
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC #
P. O. BOX 26007                                    U T F
BEAUMONT, TX  77720

N3B  77720